UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEONG-SUK NO,

                Plaintiff,

-against-

USA LWS (NYC); VISA; WEWORK; FTC
(FEDERAL TRADE COMMISSION),

                Defendants.

19-CV-11674 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

    By order dated December 26, 2019, the Court directed Plaintiff, within thirty days, to submit an amended request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the fee.[1] Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Clerk of Court is directed to transmit this order to Plaintiff and note service on the docket.[2]

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

---

[1] On January 23, 2020, Plaintiff submitted an illegible, handwritten document (ECF No. 7) that fails to comply with the Court's December 26, 2019 order.

[2] Plaintiff has consented to electronic service of notices and documents in this case. (ECF No. 3.)

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: February 4, 2020
         New York, New York

                                              COLLEEN McMAHON
                                     Chief United States District Judge