UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEONG-SUK NO,

               Plaintiff,

-against-

USA LWS (NYC); VISA; WEWORK; FTC (FEDERAL TRADE COMMISSION),

               Defendants.

19-CV-11674 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 4, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an amended request to proceed *in forma pauperis* or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 4, 2020
           New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge